# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1110
_____

MICHAEL J. GILES,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Habeas Corpus – Original Jurisdiction.


February 5, 2019


PER CURIAM.

The writ of habeas corpus alleging ineffectiveness of appellate counsel is denied as untimely, pursuant to rule 9.141(d)(5), Florida Rules of Appellate Procedure. *See Partridge v. Moore*, 768 So. 2d 1128 (Fla. 1st DCA 2000). Even if we were to reach the merits, appellate counsel is not ineffective for failure to raise every conceivable nonfrivolous issue. *See Valentine v. State*, 98 So. 3d 44, 57 (Fla. 2012).

BILBREY, WINOKUR, and JAY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Bruce S. Rogow and Tara A. Campion, Fort Lauderdale, for Petitioner.

Ashley B. Moody, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Respondent.